# EXHIBIT

# 3

## SUBSTITUTION OF TRUSTEE

THIS SUBSTITUTION OF TRUSTEE(S), made this <u>8th, day of October, 2008</u> provides: Grantor (whether one or more): <u>JOHN K. GOODROW</u>; Original Trustee(s); <u>LARRY RICE AND MICHELLE SLATTERY</u>; Noteholder <u>FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION</u> (Grantor); Substitute Trustee(s): JOHNIE R. MUNCY AND F & M SERVICES, LC, A VIRGINIA LIMITED LIABILITY COMPANY, all of 1601 Rolling Hills Drive, Suite 125, Richmond Virginia 23229 (City of Richmond), any of whom may act. For the purposes of indexing, the Original Trustee(s) and the Substitute Trustee(s) are grantees.

### RECITALS

1. By Deed of Trust dated <u>October 26, 2005</u> and recorded in the Clerk's Office for the Circuit Court of <u>Fairfax County</u> in Deed Book / Instrument # <u>17908</u> at Page <u>0109</u> (the "Deed of Trust"), the Grantor conveyed a certain parcel of land known as: <u>7150 Strawn Court , Alexandria, VA 22306-3523</u> to the Original Trustee(s) to secure the payment of a note made by the Grantor in the original principal amount of  $292,000.00 (the "Note") payable to the Noteholder; and

2. The Deed of Trust provided that the holder of the Note secured by the Deed of Trust shall have the power to appoint substitute trustee(s) for any reason whatsoever by executing and acknowledging a document appointing substitute trustee(s); and

3. The Noteholder is the owner and holder of the Note secured by the Deed of Trust and is desirous of exercising the power of substitution granted the Noteholder in the Deed of Trust.

NOW, THEREFORE, in the exercise of the said power of substitution, the Noteholder does hereby substitute Johnie R. Muncy and F & M Services, LC, A Virginia Limited Liability Company, all of the the City of Richmond, any of whom may act, as trustees for and in the place of the Original Trustee(s), and any Substitute trustee(s) appointed prior hereto, to have all powers, authority and discretion granted by the Deed of Trust to the Original Trustee(s).

The Original trustee(s) and any substitute trustee(s) appointed prior hereto are hereby removed.

prepared by
LAW OFFICES
FRIEDMAN &
MACFADYEN, P.A.
1601 Rolling Hills Drive, Suite 125
RICHMOND, VA 23229

(804)288 0088

parcel # 092-4-06-0200

Return To:
Colonial Title & Abstracting
Services, Inc.
2909 River Road West
Goochland, VA 23063



Grantor: GOODROW, JOHN K
DateTime: 11/10/2008 13:48:02
Book/Page: 20172/171
Recorded in FAIRFAX CIRCUIT COURT
TESTE: JOHN T. FREY
Grantee: MUNCY, JOHN R
Instrument: 200803273.010
# of Pages: 3

In all other respects the Note and Deed of Trust shall be and remain the same.

WITNESS the following duly authorized signature and seal as of the day, month, and year first above written.

NOTEHOLDER

FIRST HORIZON HOME LOANS, A DIVISION OF
FIRST TENNESSEE BANK NATIONAL
ASSOCIATION

By: _____ (SEAL)

Name: Marcia Williams

Title: Assistant Vice President

STATE OF Texas   CITY/COUNTY OF Dallas, to-wit:

The foregoing instrument was acknowledged before me this 21 day of October, 20 08 by Marcia Williams, as of Assistant Vice President on behalf of the corporation.

_____
Notary Public

My commission expires: 8/27/11

LAW OFFICES
FRIEDMAN &
MACFADYEN, P.A.
1601 Rolling Hills Drive, Suite 125
RICHMOND, VA 23229

(804)288-0088