# EXHIBIT

# 5

## TRUSTEES DEED

THIS DEED, made this 3 day of February, 2010, by and among JOHNIE R. **MUNCY** and **F & M SERVICES, L.C.**, a Virginia Limited Liability Company, Substitute Trustees, any of whom may act, (the "Trustees") and JOHN K. **GOODROW** (the "Original Borrowers") and **FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION** ("the Noteholder")(together the "Grantors"); and **FEDERAL NATIONAL MORTGAGE ASSOCIATION** (the "Grantee")

WHEREAS, by a deed of trust dated October 26th, 2005 and recorded in the Clerk's Office in the Circuit Court for the County of Fairfax, Virginia (the "Clerk's Office"), as Book Number 17908 at Page 0109 the Original Borrowers conveyed to the trustees named therein the propery herein described (the "Property") in trust to secure to the Noteholder the payment of a certain promissory note of even date with the Deed of Trust (the "Note") in the principal amount of $292,000.00 as described in the Deed of Trust; and

WHEREAS, by instrument recorded in the Clerk's Office prior hereto Johnie R. Muncy and F & M Services, L.C. were appointed Substitute Trustees; and

WHEREAS, default was made in the payment of the Note secured by the Deed of Trust, and having been requested by the Noteholder to sell the hereinafter described Property, the Trustees, pursuant to the terms of the Deed of Trust, after giving at least fourteen days notice by certified mail to the owner of the Property at such owners last known address as it appears in the records of the Noteholder and after advertising the time, date, place and terms of sale on JANUARY 13 & 20, 2010 in the WASHINGTON TIMES a newspaper of general circulation in the jurisdiction in which the Property is located, sold the Property at public auction conducted at the main entrance to the building housing the Circuit Court for the County of Fairfax, Virginia, on February 3, 2010 at 02:00 pm., at which sale the highest bid was $318,022.37 which bid was made by the Noteholder who did then instruct the Substitute Trustee to convey the Property to the Noteholder and immediately assigned to the Gantee, an affliate of the noteholder.

PARCEL NO.: 0924 06 0200

UNDERWRITER: NONE

Handwritten margin notes:
Consideration $318,022.37
Assessment $265,090.00
Grantee Addr: Federal National Mtg Assn.
P.O. Box 650043
Dallas TX 75265-0043

Prepared by
LAW OFFICES
FRIEDMAN & MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229
(804) 288-0088
FAX (804) 288-0052

-ccf-

Grantor: MUNCY, JOHNIE R
DateTime: 02/16/2010 14:07:56
Book/Page: 20915/1247
Recorded in FAIRFAX CIRCUIT COURT
TESTE: JOHN T. FREY

Grantee: FEDERAL NATIONAL
Instrument: 2010004973.001
# of Pages: 5

Return To:
Colonial Title & Abstracting Services, Inc.
2909 River Road West
Goochland, VA 23063

NOW, THEREFORE, WITNESSETH: that in consideration of the payment of the bid amount in the form of a credit against the Note, the receipt of which is hereby acknowledged, the Substitute Trustees do hereby grant and convey with Special Warranty unto the Grantee the following described Property:

See Attached Schedule "A".

Conveyance is made subject to the conditions, covenants, restriction, easements and reservations of record, if any.

The Grantee Claims exemption from recording taxes under Code of Virginia Section 58.1-811.A.3.

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

WITNESS the following signature and seal as of the day, month and year first above written:

_____
JOHNIE R. MUNCY
Sole Acting Substitute Trustee

Trustee

F&M SERVICES, L.C., Substitute

FOR INDEXING PURPOSES ONLY

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit:

The foregoing instrument was acknowledged before me this _____ day of February, 2010 by JOHNIE R. MUNCY, Sole Acting Substitute Trustees.

_____
Notary Public

My Commission Expires: 11/30/2011
Notary Registration #: 320289

Grantee Address
4000 Horizon Way
CC6206, Ste# 100
Irving, TX 75063

[Notary Seal: FANNIE A. WINSTON, NOTARY PUBLIC, REG # 320289, COMMISSION EXPIRES 11/30/2011, COMMONWEALTH OF VIRGINIA]

LAW OFFICES
FRIEDMAN &
MACFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

3

## SCHEDULE "A"

LOT Two Hundred (200), Section Six (6), Woodstone, as the same appears duly dedicated, platted and recorded in Deed Book 6864, at Page 1855, among the land records of Fairfax County, Virginia.

BEING the same real estate conveyed to John K. Goodrow, by deed from Faisal Bukhari and Tanveer S. Bukhari, dated August 24, 2004, recorded August 25, 2004, among the land records of Fairfax County, Virginia, in Deed Book 16439, at Page 764.