UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                               Civil Action No.: 3:11CV020

FRIEDMAN & MACFADYEN, P.A., et al.

    Defendants.

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendants, Friedman & MacFadyen, P.A., and Johnie R. Muncy as Trustee (Defendants), by undersigned counsel, and moves to dismiss the Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) as the Amended Complaint fails to state a claim upon which relief may be granted against the Defendants and fails to allege sufficient facts supporting the claims within said Amended Complaint. A memorandum in support of Defendants' position accompanies this motion.

WHEREFORE, Defendants respectfully request that the Court grant their Motion to Dismiss, and enter an Order dismissing all of Plaintiff's claims with prejudice, and award Defendants their costs, including reasonable attorney's fees incurred in defending this action.

Respectfully Submitted,

Friedman & MacFadyen, P.A.,
And Johnie R. Muncy as Trustee,
By Counsel

By: /s/ Andrew T. Rich
Andrew T. Rich, Esq., VSB #74296
Friedman & MacFadyen, P.A.
Surry Building, Suite 125
1601 Rolling Hills Drive
Richmond, Virginia 23229
(804)288-0088 phone
(804)288-0052 fax
trich@fmlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2011, copies of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, and Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint were electronically filed in this case and were mailed, postage prepaid, to:

**Leonard Anthony Bennett, Esquire**
Consumer Litigation Assoc PC
12515 Warwick Blvd
Suite 100
Newport News, VA 23606

**Matthew James Erausquin, Esquire**
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314

**Kristi Cahoon Kelly, Esquire**
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030

**John Chapman Petersen, Esquire**
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030

**Dale Wood Pittman, Esquire**
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212