IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number __3:11cv00020__, Case Name __Goodrow v. Friedman & McFadyen, et al__

Party Represented by Applicant: _____Plaintiff_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Richard John Rubin__

Bar Identification Number __2296__     State __New Mexico__

Firm Name _____

Firm Phone # __505-983-4418__     Direct Dial # _____     FAX # __505-983-2050__

E-Mail Address __DickRubin@cs.com__

Office Mailing Address ____1300 Canyon Road, Santa Fe, NM 87501____

Name(s) of federal court(s) in which I have been admitted __U.S. Supreme Court, 1st, 3rd, 4th, 5th, 6th 7th, 8th, 9th, 10th, 11th Circuits, USDC New Mexico and Arizona__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

_____          __4/14/11__
(Signature)                                         (Date)

_____          _____
(Typed or Printed Name)                             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ *or* Exemption Granted _____

The motion for admission is GRANTED __✓__ *or* DENIED _____

__/s/__
James R. Spencer
Chief United States District Judge

__4-18-11__
(Date)

13