UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JOHN K. GOODROW

v.  Civil Action No.: 3:11cv020JRS

FRIEDMAN & MACFADYEN, P.A., and
JOHNIE R. MUNCY

### NOTICE

Defendants, Friedman & MacFadyen and Johnie R. Muncy, by counsel, hereby notify the Court and the Plaintiff that Defendants do not consent to the jurisdiction of a magistrate judge for matters other than discovery motions or settlement conferences.

Respectfully submitted,

**FRIEDMAN & MACFADYEN
AND
JOHNIE R. MUNCY**

**By counsel**

_____/s/ Andrew Biondi_____
Douglas P. Rucker, Jr. (VSB #12776)
Andrew Biondi (VSB #48100)
SANDS ANDERSON PC
2400 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
abiondi@sandsanderson.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2011, I served a true, complete, and accurate copy of the foregoing by electronic means through the electronic case filing system ("ECF") upon the following:

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Dale W. Pittman, Esq., VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq., VSB #72791
J. Chapman Petersen, Esq., VSB # 37225
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
kkelly@siplfirm.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com

Richard J. Rubin, Esquire
1300 Canyon Road
Santa Fe, New Mexico 87501
(505) 983-4418- Telephone
(505) 983-2050– Facsimile
dickrubin@cs.com

    Plaintiff's counsel

and

Andrew T. Rich, Esq.
FRIEDMAN & MACFADYEN, P.A.
Surry Building, Suite 125
1601 Rolling Hills Drive
Richmond, Virginia 23229
(804)288-0088 (O)
(804)288-0052 (fax)
E-mail: trich@fmlaw.com

                                         /s/    Andrew Biondi
                            Douglas P. Rucker, Jr. (VSB #12776)
                            Andrew Biondi (VSB #48100)
                            SANDS ANDERSON PC
                            2400 Bank of America Center
                            1111 East Main Street (23219)
                            P. O. Box 1998
                            Richmond, Virginia 23218-1998
                            Telephone:    (804) 648-1636
                            Facsimile:    (804) 783-7291
                            E-Mail:  drucker@sandsanderson.com
                            E-Mail:  abiondi@sandsanderson.com