| CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET | DATE: 5/17/11 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE John K. Goodrow v. Friedman + MacFadyen, PA | CASE NO: 311 cv 20<br>JUDGE: Spencer<br>COURT REPORTER: Kull |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: Motion to Dismiss

APPEARANCES: Parties by ( )/with ( ) counsel     Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )     SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Motion to Dismiss - DENIED.

Counsel for Plaintiff(s) Dale Pittman, Esq.   Richard Rubin

Counsel for Defendant(s)

SET: 10:00   BEGAN: 10:45   ENDED: 11:04   TIME IN COURT: :19

RECESSES: