IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JOHN K. GOODROW

v.   CASE NO. 3:11CV20

FRIEDMAN & MACFADYEN, P.A., et al.

ORDER

The parties having voiced no objection to the referral of the above matter to the United States Magistrate, they are deemed to have consented to the same.

The District Court by the undersigned hereby reassigns Case No.3:11cv20 to United States Magistrate Judge M. Hannah Lauck for all purposes.

And it is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Date: 7/21/11