IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**F I L E D**
MAR 23 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

JOHN K. GOODROW,

    Plaintiff,

v.                                                                     Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

MICHELE MCBETH,

    Plaintiff,

v.                                                                   Civil Action No. 3:11CV479

FRIEDMAN & MACFADYEN, P.C., et al.,

    Defendants.

---

ADAM MBUNDURE,

    Plaintiff,

v.                                                                   Civil Action No. 3:11cv489

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

ALBERT C. CECCONE,

    Plaintiff,

v.                                                                   Civil Action No. 3:11CV555

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

ALLEN CHATTER,

    Plaintiff,

v.                                                      Civil Action No. 3:11CV613

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

LETONYA BANKS,

    Plaintiff,

v.                                                      Civil Action No. 3:11CV614

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

IVERY HICKS,

    Plaintiff,

v.                                                      Civil Action No. 3:11CV615

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

KNORLY SMITH,

    Plaintiff,

v.                                                      Civil Action No. 3:11CV616

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

PETER CRAWLEY,

    Plaintiff,

v.                                                          Civil Action No. 3:11CV617

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

LAUREL BUEL, et al.,

    Plaintiffs,

v.                                                          Civil Action No. 3:11CV716

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

JAMES SANMATEO,

    Plaintiff,

v.                                                          Civil Action No. 3:11CV840

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## ORDER

This matter comes before the Court on the parties' Joint Motion to Extend Stay. (Docket No. 34.) By Orders entered November 22, 2011 and February 16, 2012, the Court stayed the proceedings in the above-styled cases until March 31, 2012. The parties now jointly request an extension of the entered stay until June 15, 2012. For the reasons stated in the parties' motion and memorandum in support thereof, the Court GRANTS the Joint Motion to Extend Stay. Accordingly, the Court ORDERS the following:

1. Proceedings in the above-styled cases shall be STAYED until June 15, 2012.

2. The parties shall continue to jointly file written status reports every thirty (30) days informing the Court of the status of the mediation. The next written status report shall be filed no later than April 30, 2012.

3. The parties are advised that future requests for an extension of the stay shall be looked upon with extreme disfavor.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 3-23-12