IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                                                           Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## ORDER

Having received a verbal request from the parties through the mediator, the Honorable Dennis W. Dohnal, to stay the proceedings in this consolidated matter generally, it is hereby ORDERED that this consolidated action is stayed generally pending further order of the Court. The parties shall continue to jointly file written status reports every thirty (30) days informing the Court of the status of the ongoing mediation. The next written status report shall be filed no later than April 30, 2012.

Let the Clerk of Court send a copy of this Order to all counsel of record and to the Honorable Dennis W. Dohnal of The McCammon Group.

It is so ORDERED.

                                                                   /s/
                                                     M. Hannah Lauck
                                               United States Magistrate Judge

Richmond, Virginia
Date: 4-18-12