IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| John K. Goodrow, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00020-MHL (Consolidated) |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| Defendants. | : | |

**JOINT STATUS REPORT CONCERNING MEDIATION PREPARATION**

On November 22, 2011 (docket entry 66), the Court entered a stay in these consolidated proceedings to permit the parties to attempt to mediate the pending dispute not just with respect to those claims already the subject of pending lawsuits, but also with respect to similar claims for other clients represented by plaintiffs' counsel. On March 23, 2012 (docket entry 36), the Court extended the stay on the joint motion of the parties. The parties jointly submit this status report pursuant to the Court's November 22, 2011 and March 23, 2012 orders.

1. The initial round of negotiation on these cases took place on May 2, 2012.

2. Plaintiffs' counsel provided Defendants with an outline of settlement terms to be considered, and the parties entered into a tolling agreement to maintain the status quo while negotiations continue.

3. On May 29, 2012, Defendants made a formal written offer now being considered by Plaintiffs and their counsel.

4. The parties may either continue negotiation directly or reconvene before Mag. J. Dennis Dohnal (ret.) in private mediation.

DATED:  May 30, 2012

**Respectfully Submitted,**

**FRIEDMAN & MACFADYEN, P.A.
JOHNIE MUNCY**

**By Counsel**

_____/s/_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Dale W. Pittman, Esq.
>The Law Office of Dale W. Pittman, P.C.
>112-A W. Tabb Street
>Petersburg, Virginia 23803
>Telephone: 804-861-6000
>Facsimile: 804-861-3368
>dale@pittmanlawoffice.com
>*Counsel for Plaintiff*
>
>John C. Petersen, Esq.
>Surovell Isaacs Petersen & Levy PLC
>4010 University Drive
>Suite 200
>Fairfax, Virginia 22030
>Telephone: 703-251-5400
>Facsimile: 703-591-9285
>jpetersen@smillaw.com
>*Counsel for Plaintiff*
>
>Kristi Cahoon Kelly, Esq.
>Surovell Isaacs Peterson & Levy PLC
>4010 University Drive
>Suite 200
>Fairfax, Virginia 22030
>Telephone: 703-277-9774
>Facsimile: 703-591-2149
>kkelly@smillaw.com
>*Counsel for Plaintiff*
>
>Leonard Anthony Bennett, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard
>Suite 100
>Newport News, Virginia 23606
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>lenbennett@cox.net
>*Counsel for Plaintiff*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: 505-983-4418
Facsimile: 505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*

                /s/
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*