**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

John K. Goodrow,                          :

      Plaintiff,                         :

v.                                        :     Civil Action No: 3:11-cv-00020-MHL
                             (Consolidated)

Friedman & MacFadyen, P.A. and            :
Johnie R. Muncy,

                            :

      Defendants.

---

## JOINT MOTION TO EXTEND STAY

The parties now jointly move for an additional extension of the stay previously entered in these consolidated matters [Docket Entry 30] for the following reasons:

1.      On May 2, 2012, the parties and counsel participated in a mediation session facilitated by the Honorable Dennis Dohnal (retired) with the McCammon Group.

2.      That event was fruitful in that it helped the sides better understand each other's positions.

3.      Because of the significant number of claims and non-monetary considerations, as well as damages and fees issues, counsels' best efforts at the mediation and since then have not consummated in an agreement.

4.      However, Plaintiffs' attorneys have been presented with a substantive good faith offer that speaks to all of the matters in dispute, and they are scheduled to reply before the end of June.  Judge Dohnal remains a part of this process, to which both sides are committed.

5.     The parties are hopeful that these efforts will be fruitful and achieve a global resolution; we wish to continue to focus our efforts on negotiation, rather than litigation, so long as global resolution appears to be a reachable goal.

6.     Counsel for Plaintiffs concur with these sentiments and join in this motion.

For the foregoing reasons, the parties jointly request an extension of the entered stay in these matters until August 15, 2012.

DATED:  June 15, 2012                **Respectfully Submitted,**

                                     **FRIEDMAN & MACFADYEN, P.A.**
                                     **JOHNIE MUNCY**

                                     **By Counsel**


_____/s/_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia 23803
Telephone: 804-861-6000
Facsimile: 804-861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

John C. Petersen, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
jpetersen@smillaw.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia 22030
Telephone: 703-277-9774
Facsimile: 703-591-2149
kkelly@smillaw.com
*Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia  22314
Telephone:  703-273-6080
Facsimile:  888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico  87501
Telephone:  505-983-4418
Facsimile:  505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*


_____/s/_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*