UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JOHN K. GOODROW**,

      **Plaintiff,**

v.                                   Civil Action No. 3:11cv020

**FRIEDMAN & MACFADYEN, P.A.,**
**and JOHNIE R. MUNCY**,

      **Defendants.**

## STATUS REPORT

Plaintiff, by and through counsel, provides the court with the following status report. The parties continue to actively mediate this consolidated case with the assistance of Judge Dohnal. The Defendant has provided a response to Plaintiff's detailed proposal. Plaintiff is overdue to provide a detailed reply to Defenant's response, but will be providing a substantial reply not later than August 8, 2012.

                                                    Respectfully Submitted,

                                                    John K. Goodrow, et al.,

                                                         /s/
                                                Leonard A. Bennett, VSB #37523
                                               Attorney for Plaintiff
                                               CONSUMER LITIGATION
                                               ASSOCIATES, P.C.
                                               763 J. Clyde Morris Blvd., Suite 1-A
                                               Newport News, Virginia 23601
                                               (757) 930-3660 – Telephone
                                               (757) 930-3662 – Facsimile
                                               E-mail: lenbennett@cox.net

                                               Dale W. Pittman, VSB#15673
                                               THE LAW OFFICE OF DALE W. PITTMAN,

P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq., VSB #72791
J. Chapman Petersen, Esq., VSB # 37225
SUROVELL ISAACS PETERSEN &
LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
kkelly@siplfirm.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION
ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com

*Attorneys for Plaintiffs*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050

*Of Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Andrew T. Rich
>FRIEDMAN & MACFADYEN, P.A.
>Surry Building, Suite 125
>1601 Rolling Hills Drive
>Richmond, Virginia 23229
>trich@fmlaw.com
>
>Andrew Biondi
>Cullen Seltzer
>Douglas Rucker
>Sands Anderson, Pc
>1111 E. Main Street
>Suite 2400
>P.O. Box 1998
>Richmond, VA 23219
>E-mail: abiondi@sandsanderson.com
>
>
>Counsel for Defendants

/s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net