IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| John K. Goodrow, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 3:11-cv-00020-MHL |
| | (Consolidated) |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : |
| | : |
| Defendants. | |

## DEFENDANTS' STATUS REPORT

Defendants hereby provide the following status report to the Court regarding settlement and mediation efforts.

1. The parties previously exchanged certain reports and data concerning these cases.

2. The parties also engaged in a mediation session mediated by the Hon. Dennis Dohnal (ret.) and exchanged settlement proposals.

3. Efforts to mediate and settle these matters have proven unsuccessful.

4. The Court has lifted the previously entered stay in this matter.

5. These cases are set for a Rule 16(b) pre-trial conference on September 4, 2012 at 2:00 p.m.

DATED:   August 30, 2012                    **Respectfully Submitted,**

                                                                 **FRIEDMAN & MACFADYEN, P.A.**
                                                                  **JOHNIE MUNCY**

                                                                  **By Counsel**

_____/s/_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Dale W. Pittman, Esq.
>The Law Office of Dale W. Pittman, P.C.
>112-A W. Tabb Street
>Petersburg, Virginia 23803
>Telephone: 804-861-6000
>Facsimile: 804-861-3368
>dale@pittmanlawoffice.com
>*Counsel for Plaintiff*
>
>John C. Petersen, Esq.
>Surovell Isaacs Petersen & Levy PLC
>4010 University Drive
>Suite 200
>Fairfax, Virginia 22030
>Telephone: 703-251-5400
>Facsimile: 703-591-9285
>jpetersen@smillaw.com
>*Counsel for Plaintiff*
>
>Kristi Cahoon Kelly, Esq.
>Surovell Isaacs Peterson & Levy PLC
>4010 University Drive
>Suite 200
>Fairfax, Virginia 22030
>Telephone: 703-277-9774
>Facsimile: 703-591-2149
>kkelly@smillaw.com
>*Counsel for Plaintiff*
>
>Leonard Anthony Bennett, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard
>Suite 100
>Newport News, Virginia 23606
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>lenbennett@cox.net
>*Counsel for Plaintiff*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: 505-983-4418
Facsimile: 505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*

                                  /s/
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*