CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 9/4/12

| United States District Court | Eastern District of Virginia - Richmond Division |
| --- | --- |
| CASE TITLE John Goodrow, et al v. Friedman & MacFayden, P.A. etal | CASE NO: 11CV20<br>JUDGE: Lauck<br>COURT REPORTER: FTR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Pretrial Conference

APPEARANCES: Parties by (✓)/with ( ) counsel Pro Se ( )

MOTIONS BEFORE TRIAL: ______

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ______

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ______

REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $______

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) ______

CLERK TO ENTER JUDGMENT ON DECISION ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL ______ AT ______ .M. FOR ______

ADDITIONAL NOTATIONS: Briefing schedule set for Motions, etc. Conference call set for 11/8/12 at 10:00 AM; Status hearing/oral argument 11/14/12 at 2:00 pm; Status hearing/oral arguments 11/26/12 at 2:00 PM. Parties to submit proposed order

Counsel for Plaintiff(s): Leonard Bennett

Counsel for Defendant(s): Cullen Seltzer / Andrew Biondi / Douglas Rucker

SET: 2:00 BEGAN: 2:08 ENDED: 3:49 TIME IN COURT: 50

RECESSES: 2:43 - 3:34