IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| John K. Goodrow, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 3:11-cv-00020-MHL (Consolidated) |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : |
| | : |
| Defendants. | |

## ORDER

On hearing the representations and argument of counsel for the parties at the pre-trial conference held on September 4, 2012, and upon the parties' submission of this agreed Order, the Court ORDERS as follows:

1. Plaintiffs shall file any: (i) amended complaints, (ii) motions to amend complaints, (iii) motion to consolidate, and (iv) oppositions to any pending, as of September 4, 2012, motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), by September 12, 2012.

2. On October 3, 2012, the parties shall file a joint status report regarding the status of progress in accordance with the schedule set out in this Order.

3. On or before October 4, 2012, the parties shall serve initial disclosures required by Fed. R. Civ. P. 26(a).

4. On or before October 10, 2012, Defendants shall respond to any motion and/or reply to any response filed by Plaintiffs pursuant to Paragraph 1 of this Order. In the event that Defendants, pursuant to this paragraph, move to dismiss any Complaint or Amended Complaint,

pursuant to Fed. R. Civ. P. 12(b), they shall, in addition, file an Answer to such Complaint or Amended Complaint.

5. On or before October 22, 2012, Plaintiffs shall reply to any response by Defendants to any motion to consolidate.

6. On or before October 24, 2012, Plaintiffs shall respond to any motion to dismiss made by Defendants pursuant to Paragraph 4 of this Order.

7. On or before October 31, 2012, Defendants shall reply to any response filed by Plaintiffs pursuant to Paragraph 6 of this Order.

8. No later than November 7, 2012, the parties shall file a joint status report concerning their views on what consolidation, if any, is appropriate in light of the posture of these cases at that time and their views regarding discovery in these cases.

9. On November 8, 2012 at 10:00 a.m., the parties shall have a telephonic status conference with the Court to review the status of these cases.

10. On either November 14, 2012 at 2:00 p.m. or November 26, 2012 at 2:00 p.m., the parties shall appear by counsel for oral argument and/or an in court status conference. The Court will notify the parties on or about November 8, 2012 which date the hearing will be held and what matters will be heard at that hearing.

11. Apart from Fed. R. Civ. P. 26(a) initial disclosures as set forth in this Order, all other discovery in these matters is stayed.

It is so ORDERED.

9-10-12
Date

/s/
M. Hannah Lauck
United States Magistrate Judge

United State Magistrate Judge