**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JOHN K. GOODROW,

    Plaintiff,

v.                                                    Civil Action No. 3:11-cv-00020

FRIEDMAN & MACFADYEN, P.A.,
and JOHNIE R. MUNCY,

    Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, JOHN K. GOODROW, by counsel, and for the reasons more fully set forth in the contemporaneously filed Memorandum of Law, he moves the Court for leave to file his Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

                                                            Respectfully submitted,
                                                            **JOHN K. GOODROW**


                                                        By:        /s/
                                                              Of Counsel

Matthew J. Erausquin, VSB#65434
Janelle E. Mason, VSB#82389
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314
(703) 273-7770 - Telephone
(888) 892-3512 – Facsimile
matt@claleglal.com
janelle@clalegal.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

J. Chapman Petersen, Esq., VSB # 37225
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
jpetersen@smillaw.com
kkelly@siplfirm.com

Leonard A. Bennett, VSB #37523
Susan M. Rotkis, VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net
srotkis@clalegal.com

*Counsel for the Plaintiff*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050
*PRO HAC VICE*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 18th day of September, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| Andrew Biondi<br>Sands Anderson, PC<br>1111 E. Main Street<br>Suite 2400<br>P.O. Box 1998<br>Richmond, VA 23219<br>abiondi@sandsanderson.com | Cullen Dennis Seltzer<br>Sands Anderson, PC<br>1111 E. Main Street<br>Suite 2400<br>P.O. Box 1998<br>Richmond, VA 23219<br>cseltzer@sandsanderson.com |
| Andrew Todd Rich<br>Friedman & MacFadyen, PC<br>1601 Rolling Hills Drive<br>Suite 125<br>Richmond VA 23229<br>trich@fmlaw.com | Douglas Pendleton Rucker, Jr.<br>1111 E. Main Street<br>Suite 2400<br>P.O. Box 1998<br>Richmond, VA 23219<br>drucker@sandsanderson.com |

*Counsel for the Defendants*

                /s/
              Susan M. Rotkis, VSB #40693
              *Attorney for the Plaintiff*
              CONSUMER LITIGATION ASSOCIATES, P.C.
              763 J. Clyde Morris Boulevard, Suite 1-A
              Newport News, Virginia 23601
              (757) 930-3660 - Telephone
              (757) 930-3662 – Facsimile
              srotkis@clalegal.com