**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**JOHN K. GOODROW**,

    **Plaintiff,**

v.                                                                                          Civil Action No. 3:11-cv-020-MHL

**FRIEDMAN & MACFADYEN, P.A.,**
 et al.**,**

    **Defendants.**
_____

**LETONYA BANKS**,

    **Plaintiff,**

v.                                                                                          Civil Action No. 3:11-cv-614-JRS

**FRIEDMAN & MACFADYEN, P.A.**,
et al.**,**

    **Defendants.**
_____

**ALLEN CHATTER,**

    **Plaintiff,**

v.                                                                                          Civil Action No. 3:11-cv-613-JRS

**FRIEDMAN & MACFADYEN, P.A.,**
et al.**,**

    **Defendants.**
_____

**LAUREL BUEL, et al.,**

    **Plaintiffs,**

v.                                                                                          Civil Action No. 3:11-cv-716-JRS

**FRIEDMAN & MACFADYEN, P.A.,**
et al.**,**

       **Defendants.**
_____

**MICHELE McBETH**,

       **Plaintiff,**

v.                                                Civil Action No. 3:11-cv -479-JRS

**FRIEDMAN & MACFADYEN, P.A.,**
et al.,

       **Defendants.**
_____

**ADAM MBUNDURE**,
et al.,

       **Plaintiff,**

v.                                                Civil Action No. 3:11-cv-489-JRS

**FRIEDMAN & MACFADYEN, P.A.,**

       **Defendants.**
_____

## **PLAINTIFFS' MOTION TO CONSOLIDATE**

      Plaintiffs in each of the above-styled cases move the court under Federal Rules of Civil Procedure 42(a) for entry of an order consolidating these cases for the purposes of (1) pre-trial management and discovery and/or (2) for all other purposes, including trial, and (3) that the Consolidated Complaint be filed.

                                                      Respectfully submitted,

                                                      _____/s/_____
                                                      Leonard A. Bennett, Esq.
                                                      VSB #37523
                                                      Attorney for Plaintiff
                                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                                      763 J. Clyde Morris Boulevard, Suite 1-A
                                                      Newport News, Virginia 23601

(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Robin Ann Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: rabbottlaw@msn.com

Gary L. Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Garyabbott9@msn.com

Susan Mary Rotkis, VSB #40693
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

Dale Wood Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-3368
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail:  kkelly@siplfirm.com

John Chapman Petersen

SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: jpetersen@smillaw.com

Matthew James Erausquin, VSB # 65434
Janelle E. Mason, VSB # 82389
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Andrew Biondi
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail:  abiondi@sandsanderson.com

Andrew Todd Rich
Friedman & MacFadyen, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA  23229
E-mail:  trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998

Richmond, VA  23219
E-mail:  cseltzer@sandsanderson.com

Douglas Pendleton Rucker, Jr.
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail:  drucker@sandsanderson.com

*Counsel for Defendants*

                                         /s/
                          Susan M. Rotkis, VSB 40693
                          Attorney for Plaintiff
                          CONSUMER LITIGATION ASSOCIATES, P.C.
                          763 J. Clyde Morris Boulevard, Suite 1-A
                          Newport News, Virginia 23601
                          (757) 930-3660 - Telephone
                          (757) 930-3662 – Facsimile