## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

John K. Goodrow,                         :

     Plaintiff,                        :

v.                                       :      Civil Action No: 3:11-cv-00020-MHL
                                                (Consolidated)
Friedman & MacFadyen, P.A. and           :
Johnie R. Muncy,
                                         :
     Defendants.

---

### DEFENDANTS' CONSENT MOTION FOR
### ENLARGEMENT OF TIME TO COMPLY WITH THIS
### COURT'S SEPTEMBER 10, 2012 ORDER

COME NOW the Defendants, with the consent of the Plaintiff, pursuant to Fed. R. Civ. P. 6(b), and move the Court for an Enlargement of Time until October 12, 2012 within which to file the responses referenced in Paragraph 4 of this Court's Order (Docket No. 50) dated September 10, 2012, and to file responses to the Amended Complaints, Motions to Amend, and Motion to Consolidate filed by Plaintiffs.

No party will be prejudiced as a result of an extension and justice will be served by granting this motion. The Plaintiffs have consented. For these reasons, the Defendants respectfully request an enlargement of time until October 12, 2012.

DATED:   October 8, 2012

**Respectfully Submitted,**

**FRIEDMAN & MACFADYEN, P.A.**
**JOHNIE MUNCY**

**By Counsel**

_____/s/_____

Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia  23803
Telephone:  804-861-6000
Facsimile:  804-861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

John C. Petersen, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia  22030
Telephone:  703-251-5400
Facsimile:  703-591-9285
jpetersen@smillaw.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia  22030
Telephone:  703-277-9774
Facsimile:  703-591-2149
kkelly@smillaw.com
*Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia  23606
Telephone:  757-930-3660
Facsimile:  757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia  22314
Telephone:  703-273-6080
Facsimile:  888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico  87501
Telephone:  505-983-4418
Facsimile:  505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*


_____/s/_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
*Counsel for Defendants*