IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| John K. Goodrow, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 3:11-cv-00020-MHL (Consolidated) |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : |
| Defendants. | : |

### DEFENDANTS' MOTION TO STAY PLAINTIFFS' MOTION TO CONSOLIDATE

COME NOW the Defendants, by counsel, and move the Court to stay all briefing, oral arguments, and rulings on the Plaintiffs' Motion to Consolidate (Docket 66) until after resolution of the Defendants' Rule 12(b)(6) Motions to Dismiss, soon pending, in the matters of *Banks v. Friedman & MacFadyen, P.A. et al.*, No. 3:11cv614, and *Chatter v. Friedman & MacFadyen, P.A. et al.*, No. 3:11cv613, and until after resolution of the Plaintiffs' Motions to Amend and all oppositions thereto, soon pending, in the matters of *McBeth v. Friedman & MacFadyen, P.A. et al.*, No. 3:11cv479 (Docket 57); *Buel v. Friedman & MacFadyen, P.A. et al.*, No. 3:11cv716 (Docket 59); *Goodrow v. Friedman & MacFadyen, P.A. et al.*, No. 3:11cv00020 (Docket 61); and *Mbundure v. Friedman & MacFadyen, P.A. et al.*, No. 3:11cv489 (Docket 63), for the reasons set forth and the authorities cited in the accompanying memorandum.

The Defendants certify that they have in good faith conferred or attempted to confer with the Plaintiffs in an effort to resolve this dispute and narrow the areas of disagreement without court action, but Plaintiffs do not consent to the relief sought herein.

WHEREFORE, the Defendants respectfully request that the Court stay all briefing, arguments, and rulings on the Plaintiffs' Motion to Consolidate until after the resolution of the *Banks* and *Chatter* Rule 12(b)(6) Motions to Dismiss and the Motions for Leave to Amend in *McBeth*, *Buel*, *Goodrow*, and *Mbundure*; and for such other relief as the ends of justice may require.

DATED: October 9, 2012

**Respectfully Submitted,**

**FRIEDMAN & MACFADYEN, P.A.**
**JOHNIE MUNCY**

**By Counsel**

_____/s/_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

> Dale W. Pittman, Esq.
> The Law Office of Dale W. Pittman, P.C.
> 112-A W. Tabb Street
> Petersburg, Virginia 23803
> Telephone: 804-861-6000
> Facsimile: 804-861-3368
> dale@pittmanlawoffice.com
> *Counsel for Plaintiff*
>
> John C. Petersen, Esq.
> Surovell Isaacs Petersen & Levy PLC
> 4010 University Drive
> Suite 200
> Fairfax, Virginia 22030
> Telephone: 703-251-5400
> Facsimile: 703-591-9285
> jpetersen@siplfirm.com
> *Counsel for Plaintiff*
>
> Kristi Cahoon Kelly, Esq.
> Surovell Isaacs Peterson & Levy PLC
> 4010 University Drive
> Suite 200
> Fairfax, Virginia 22030
> Telephone: 703-277-9774
> Facsimile: 703-591-2149
> kkelly@siplfirm.com
> *Counsel for Plaintiff*
>
> Leonard Anthony Bennett, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Boulevard
> Suite 100
> Newport News, Virginia 23606
> Telephone: 757-930-3660
> Facsimile: 757-930-3662
> lenbennett@cox.net
> *Counsel for Plaintiff*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: 505-983-4418
Facsimile: 505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*

                                                /s/
                                Douglas P. Rucker, Jr. (VSB # 12776)
                                Andrew Biondi (VSB # 48100)
                                Cullen D. Seltzer (VSB # 35923)
                                SANDS ANDERSON PC
                                2300 Bank of America Center
                                1111 East Main Street (23219)
                                P. O. Box 1998
                                Richmond, VA 23218-1998
                                (804) 648-1636
                                (804) 783-7291 (facsimile)
                                Email: drucker@sandsanderson.com
                                Email: abiondi@sandsanderson.com
                                Email: cseltzer@sandsanderson.com
                                *Counsel for Defendants*