IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

JOHN K. GOODROW,

    Plaintiff,

v.                                                                              Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## ORDER

This matter comes before the Court on Defendants' Consent Motion for Enlargement of Time to Comply with This Court's September 10, 2012 Order. (Docket No. 71.) Defendants seek until October 12, 2012 to file responses referenced in Paragraph 4 of this Court's September 10, 2012 Order and to file responses to the Amended Complaints, Motions to Amend, and Motion to Consolidate filed by Plaintiffs. Defendants represent that Plaintiffs have consented to the enlargement of time.

For good cause shown, in the interests of justice, and based upon the representation of consent, the Court GRANTS Defendants until October 12, 2012 to file the responses required by Paragraph 4 of the September 10, 2012 order and to file responses to the Amended Complaints, Motions to Amend, and Motion to Consolidate filed by Plaintiffs.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 10-10-12