## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **LETONYA BANKS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 3:11cv614** |
| **FRIEDMAN & MACFADYEN, P.A., et al.,** | |
| **Defendants.** | |
| | |
| **ALLEN CHATTER,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 3:11cv613** |
| **FRIEDMAN & MACFADYEN, P.A., et al.,** | |
| **Defendants.** | |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINTS

Defendant law firm Friedman & MacFadyen, P.A., defendant trustee F&M Services, L.C., and defendant Johnie R. Muncy (collectively, **"Defendants"**), by counsel, move the court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Amended Complaints (Docket Nos. 56 (*Banks*) and 65 (*Chatter*)) in these cases.

Dated:  October 12, 2012       Respectfully submitted,

                                      **FRIEDMAN & MACFADYEN, P.A.,**
                                      **F&M SERVICES, L.C., and**
                                      **JOHNIE R. MUNCY,**

                                        **By Counsel**

*/s/* Andrew Biondi
Douglas P. Rucker, Jr. (VSB No. 12776)
Andrew Biondi (VSB No. 48100)
Eric C. Howlett (VSB No. 82237)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  ehowlett@sandsanderson.com
*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Dale W. Pittman
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A West Tabb Street
Petersburg, Virginia 23803
Telephone:  804-861-6000
Facsimile:  804-861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly
John C. Petersen, Esq.
SUROVELL ISAACS PETERSON & LEVY PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
Telephone:  703-277-9774
Facsimile:  703-591-2149
kkelly@smillaw.com
*Counsel for Plaintiff*

Matthew James Erausquin
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone:  703-273-6080
Facsimile:  888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
Telephone:  757-930-3660
Facsimile:  757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

2

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico  87501
Telephone:  505-983-4418
Facsimile:  505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*

                                        */s/* Andrew Biondi
                                        Douglas P. Rucker, Jr. (VSB No. 12776)
                                        Andrew Biondi (VSB No. 48100)
                                        Eric C. Howlett (VSB No. 82237)
                                        SANDS ANDERSON PC
                                        1111 East Main Street, Suite 2400 (23219)
                                        Post Office Box 1998
                                        Richmond, Virginia 23218-1998
                                        Telephone: (804) 648-1636
                                        Facsimile: (804) 783-7291
                                        Email:  drucker@sandsanderson.com
                                        Email:  abiondi@sandsanderson.com
                                        Email:  ehowlett@sandsanderson.com
                                        *Counsel for Defendants*

3