Return to

CLEAR TO CLOSE
1880 Howard Ave Suite 201
Vienna, VA 22182

10-1764

EXHIBIT 4

Tax ID # 011.3.03.0163
Title Insurer ORNTIC

# TRUSTEES DEED

THIS DEED, made this 1 day of September, 2010, by and among JOHNIE R. MUNCY and F & M SERVICES, L.C., a Virginia Limited Liability Company, Substitute Trustees, any of whom may act, (the "Trustees") and ALLEN I. CHATTER AND MARIA J. CHATTER (the "Original Borrowers") and CHASE HOME FINANCE, LLC ("the Noteholder")(together the "Grantors"); and GOLDEN HARVEST INVESTMENTS, LLC (the "Grantee")

WHEREAS, by a deed of trust dated February 20th, 2008 and recorded in the Clerk's Office in the Circuit Court for the County of Fairfax, Virginia (the "Clerk's Office"), as Book 19794 at Page 0339 the Original Borrowers conveyed to the trustees named therein the property herein described (the "Property") in trust to secure to the Noteholder the payment of a certain promissory note of even date with the Deed of Trust (the "Note") in the principal amount of $423,675.00 as described in the Deed of Trust; and

WHEREAS, by instrument recorded in the Clerk's Office prior hereto Johnie R. Muncy and F & M Services, L.C. were appointed Substitute Trustees; and

WHEREAS, default was made in the payment of the Note secured by the Deed of Trust, and having been requested by the Noteholder to sell the hereinafter described Property, the Trustees, pursuant to the terms of the Deed of Trust, after giving at least fourteen days notice by certified mail to the owner of the Property at such owners last known address as it appears in the records of the Noteholder and after advertising the time, date, place and terms of sale on August 10 and 17, 2010 in The Washington Times a newspaper of general circulation in the jurisdiction in which the Property is located, sold the Property at public auction conducted at the main entrance to the building housing the Circuit Court for the County of Fairfax, Virginia, on September 1, 2010 at 01:30 pm., at which sale the highest bid was $303,168.00 which bid was made by the Grantee.

PARCEL NO.: 0113 03 0163

UNDERWRITER: None

Consideration: $303,168.00
Assessed Value: $359,470.00
Grantee: Golden Harvest Investments, LLC

Prepared BY

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

225726

51

Grantor: MUNCY, JOHNIE R
DateTime: 10/19/2010 13:43:00
Book/Page: 21310/1639
Recorded in FAIRFAX CIRCUIT COURT
TESTE: JOHN T. FREY

Grantee: GOLDEN HARVEST I
Instrument: 2010037785.006
# of Pages: 4

1

NOW, THEREFORE, WITNESSETH: that in consideration of the payment of the bid amount and other good and valuable consideration, the receipt of which is hereby acknowledged, the Substitute Trustees do hereby grant and convey with Special Warranty unto the Grantee the following described Property:

See Attached Schedule "A".

Conveyance is made subject to the conditions, covenants, restriction, easements and reservations of record, if any.

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

WITNESS the following signature and seal as of the day, month and year first above written:

_____
JOHNIE R. MUNCY
Sole Acting Substitute Trustee

F&M SERVICES, L.C., Substitute Trustee
FOR INDEXING PURPOSES ONLY

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit:

The foregoing instrument was acknowledged before me this 13th day of October, 2010 by JOHNIE R. MUNCY, Sole Acting Substitute Trustees.

Darlene Kay Byers
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 365270
My Commission Expires
November 30, 2013

Notary Public

My Commission Expires: 11/30/2013
Notary Registration #: 365270

Grantee Address

*Damaged Prior To Recording*

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

SCHEDULE A

Description:

THE following described property located in the County of Fairfax:

LOT One Hundred Sixty-Three (163), Section One (1), Stuart Ridge, as the same appears duly dedicated, platted and recorded in Deed Book 3806, at Page 417, and Corrected in Deed Book 3814, at Page 642, among the land records of Fairfax County, Virginia.

BEING the same real estate conveyed to Allen I. Chatter and Marla J. Chatter, husband and wife, as tenants by the entirety, by deed from Oscar Rodriguez and Theresa E. Rodriguez, husband and wife, dated February 20, 2008, recorded February 21, 2008, among the land records of Fairfax County, Virginia, in Deed Book 19794, at Page 336.