UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**John K. Goodrow,**

    **Plaintiff,**

v.                                      CIVIL ACTION NO.: 3:11-cv-00020-MHL
                                            (Consolidated)

**Friedman & MacFadyen, P.A., et. al.**

    **Defendants.**

## CONSENT MOTION FOR ENLARGEMENT OF TIME

COME NOW the Plaintiffs, by counsel, pursuant to Fed. R. Civ. P. 6(b), and move the Court for an Enlargement of Time within which to respond to: Defendants' Opposition to Plaintiffs' Motion to Consolidate (Docket No. 66), Defendants' Motion to Stay (Docket No. 72), Defendant's Motion to Dismiss the Amended Complaints (Docket No. 79), Defendants' Oppositions to Plaintiffs' Motions for Leave to File Amended Complains (Docket No. 83, 84, 85, 86, 87).

Plaintiffs represent that counsel for Defendants have consented to the following enlargement: (1) Plaintiffs' Opposition to the Motion to Stay due on or before October 24, 2012; and (2) Plaintiffs' Opposition to Defendant's Motion to Dismiss the Amended Complaints, Plaintiffs' Reply to its Motion to Consolidate and Plaintiffs' Replies to its Motions for Leave to File Amended Complaints are due on or before October 31, 2012.

Additionally, Plaintiffs and Defendants have agreed to a November 9, 2012, extension for Defendants to file their Replies to Plaintiffs' Oppositions to the Motion to Stay and the Motion to Dismiss the Amended Complaints and so Plaintiffs respectfully move the Court pursuant to Fed. R. Civ. P. 6(b) to permit the enlargement allowing Defendants sufficient time to reply in light of

Plaintiffs' extended filing deadlines.

Upon agreement of the parties and for good cause shown, Plaintiffs respectfully request that this Court grant this Motion for the Extension of Time.

                                                              Respectfully Submitted,

                                                              _____/s/_____
                                                              Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

J. Chapman Petersen, Esq., VSB # 37225
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail: jpetersen@smillaw.com
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
E-mail: matt@clalegal.com

Susan M. Rotkis, VSB#40693

CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com
*Counsel for Plaintiff*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050
*PRO HAC VICE*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Andrew Biondi, Esq.
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: abiondi@sandsanderson.com

Andrew Todd Rich, Esq.
Friedman & MacFayden, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA 23229
E-mail: trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: cseltzer@sandsanderson.com

Eric Christopher Howlett, Esq.
Sands Anderson, PC
1111 E. Main Street
P.O. Box 1998
Richmond, VA 23219
Email: ehowlett@sandsanderson.com

Faith Abar Alejandro
Sands Anderson, PC
1111 E. Main Street
P.O. Box 1998
Richmond, VA 23219
Email: falejandro@sandsanderson.com

Douglas Pendleton Rucker, Jr., Esq.
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: drucker@sandsanderson.com

            /s/
            Kristi Cahoon Kelly, Esq., VSB #72791
            SUROVELL ISAACS PETERSEN & LEVY PLC
            4010 University Drive, 2nd Floor
            Fairfax, VA 22030
            (703) 277-9774
            (703) 591-9285 Facsimile
            E-mail: kkelly@siplfirm.com
            *Attorney for Plaintiffs*