IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                                         Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff's Consent Motion for Enlargement of Time. (Docket No. 88.) Plaintiff seeks until October 24, 2012 to file his opposition to Defendants' Motion to Stay (Docket No. 72) and seeks until October 31, 2012 to file his Opposition to Defendants' Motion to Dismiss Amended Complaints (Docket No. 79), his Reply to Motion to Consolidate (Docket No. 66), and his Reply or Replies to Motions for Leave to File Amended Complaints (Docket Nos. 57, 59, 61, 63). Plaintiff represents that Defendants consent to these extensions. Defendants seek until November 9, 2012 to file their responsive briefing. Plaintiff consents to Defendants' extension of time as well.

For good cause shown, in the interests of justice, and in the absence of opposition, the Court GRANTS Plaintiff's Consent Motion for Enlargement of Time. (Docket No. 88.) The parties shall adhere to the schedule articulated above.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                               /s/
                                             M. Hannah Lauck
                                           United States Magistrate Judge

Richmond, Virginia
Date: 10-19-12