IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW, :

    Plaintiff, :

v. : Civil Action No: 3:11-CV-00020

FRIEDMAN & MACFADYEN, P.A., et al. :

    Defendants. :

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION

On October 30, 2012, Plaintiffs requested a two business day extension of time, from October 31, 2012 to November 2, 2012, by which to file their opposition to Defendants' Motions to Dismiss in these matters. Docket Entry No. 94. Defendants have no objection to Plaintiffs' request provided that the deadline for Defendants' reply to Plaintiffs' opposition likewise be extended two business days from Friday, November 9 until Tuesday, November 13. Counsel for Plaintiffs has agreed to this reciprocal extension.

DATED: October 31, 2012                     **Respectfully Submitted,**

                                                        **FRIEDMAN & MACFADYEN, P.A.**
                                                        **JOHNIE MUNCY**

                                                        **By Counsel**

_____/s/_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

> Dale W. Pittman, Esq.
> The Law Office of Dale W. Pittman, P.C.
> 112-A W. Tabb Street
> Petersburg, Virginia 23803
> Telephone: 804-861-6000
> Facsimile: 804-861-3368
> dale@pittmanlawoffice.com
> *Counsel for Plaintiff*
>
> John C. Petersen, Esq.
> Surovell Isaacs Petersen & Levy PLC
> 4010 University Drive
> Suite 200
> Fairfax, Virginia 22030
> Telephone: 703-251-5400
> Facsimile: 703-591-9285
> jpetersen@siplfirm.com
> *Counsel for Plaintiff*
>
> Kristi Cahoon Kelly, Esq.
> Surovell Isaacs Peterson & Levy PLC
> 4010 University Drive
> Suite 200
> Fairfax, Virginia 22030
> Telephone: 703-277-9774
> Facsimile: 703-591-2149
> kkelly@siplfirm.com
> *Counsel for Plaintiff*
>
> Leonard Anthony Bennett, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Boulevard
> Suite 100
> Newport News, Virginia 23606
> Telephone: 757-930-3660
> Facsimile: 757-930-3662
> lenbennett@cox.net
> *Counsel for Plaintiff*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: 505-983-4418
Facsimile: 505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*

/s/
_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*