IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                                                    Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## ORDER

By order entered October 19, 2012, this Court revised the previously agreed briefing schedule, which the parties set during the September 4, 2012 Initial Pretrial Conference. Plaintiff now seeks additional time to comply with the adjusted deadlines. (Docket Nos. 92, 94.) Plaintiff requests additional time to file his Replies in Support of his Motions for Leave to File Amended Complaints and his Reply to Defendants' Motion to Dismiss the Amended Complaints. On October 29, 2012, all divisions of the United States District Court for the Eastern District of Virginia were closed due to inclement weather. On October 31, 2012, Defendants filed their response, indicating they did not object to the extension of time provided the Court granted Defendants a two-day extension to file their reply to Plaintiff's opposition. (Docket No. 95.)

Based on the foregoing, and in light of the inconveniences accompanying the inclement weather, the Court ORDERS the following:

1.     The parties shall file a Joint Status Report no later than November 13, 2012. The Joint Status Report shall specifically address each pending motion. The November 13, 2012 submission replaces the previously ordered status report, due November 8, 2012.

2. The Court schedules a status conference call at 2:00 p.m. on November 14, 2012. The parties shall provide the Court with the call-in information and shall arrange for a court reporter. The parties shall not appear in court for oral argument on the pending motions. The parties shall be prepared to address the status of these matters, including all pending motions, and shall be prepared to advise the Court on a proposed hearing schedule.

3. During the September 4, 2012 Initial Pretrial Conference, the parties represented that they would be filing stipulations of dismissal in *Ceccone v. Friedman & MacFadyen, P.A., et al.*, (Case No. 3:11cv555) and *Crawley v. Friedman & MacFadyen, P.A., et al.*, (Case No. 3:11cv617). To date the Court has not received any stipulations of dismissal. The parties also represented during the Initial Pretrial Conference that *Hicks v. Friedman & MacFadyen, P.A., et al.*, would be transferred to the District of Maryland. The Court has not received a transfer order in this case. The parties shall address the Court on the status of these three cases specifically and shall advise as to the status of any transfer orders and stipulations of dismissal before or during the November 14, 2012 status conference call.

4. Plaintiff shall respond to Defendants' Motion to Dismiss the Amended Complaints no later than November 2, 2012. Defendants shall file their reply no later than November 13, 2012. The Court GRANTS Plaintiff's Motion For Further Enlargement of Time to Reply to Defendants' Motions to Dismiss the Amended Complaints. (Docket No. 94.)

5. Plaintiff's Replies to Motions for Leave to File an Amended Complaint (Docket No. 93) are DEEMED FILED. Plaintiff's request for additional time (Docket No. 92) is DEEMED MOOT.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 11-2-12