UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**John K. Goodrow,**

    **Plaintiff,**

v.                         **CIVIL ACTION NO.: 3:11-cv-00020-MHL**
                                  **(Consolidated)**

**Friedman & MacFadyen, P.A., et. al.**

    **Defendants.**

## JOINT STATUS REPORT CONCERNING PENDING MOTIONS

The parties jointly submit this status report pursuant to the Court's November 2, 2012 Order (Docket No. 96). The status of the pending motions before this court is as follows:

1. Plaintiffs' Motions for Leave to File Amended Complaints (Docket Nos. 57, 59, 61, 63) are fully briefed and before the Court.

2. Plaintiffs' Motion to Consolidate (Docket No. 66) is fully briefed and before the Court.

3. Defendants' Motion to Stay Plaintiffs' Motion to Consolidate (Docket No. 72) is fully briefed and before the Court.

4. Defendants Motions to Dismiss Amended Complaints (Docket No. 79) will be fully briefed and before the Court by the end of the day. Defendants have until midnight on November 13, 2012 to file its Reply brief.

DATED:     November 13, 2012         Respectfully Submitted,

                                               _____/s/_____
                                               Leonard A. Bennett, Esq., VSB #37523
                                               Attorney for Plaintiff
                                               CONSUMER LITIGATION ASSOCIATES, P.C.
                                               763 J. Clyde Morris Boulevard, Suite 1-A
                                               Newport News, Virginia 23601

(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

J. Chapman Petersen, Esq., VSB # 37225
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail: jpetersen@smillaw.com
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
E-mail: matt@clalegal.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com
*Counsel for Plaintiff*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050
*PRO HAC VICE*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Andrew Biondi, Esq.
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: abiondi@sandsanderson.com

Andrew Todd Rich, Esq.
Friedman & MacFayden, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA 23229
E-mail: trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: cseltzer@sandsanderson.com

Douglas Pendleton Rucker, Jr., Esq.
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: drucker@sandsanderson.com

Eric Christopher Howlett, Esq.
Sands Anderson, PC
1111 E. Main Street
P.O. Box 1998
Richmond, VA 23219
Email: ehowlett@sandsanderson.com

Faith Abar Alejandro
Sands Anderson, PC
1111 E. Main Street
P.O. Box 1998
Richmond, VA 23219
Email: falejandro@sandsanderson.com

_____/s/_____
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail: kkelly@siplfirm.com

*Attorney for Plaintiffs*