**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 12/3/12

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: John Goodrow, et al v. Friedman + MacFayden, et al. | CASE NO: 11CV20 <br> JUDGE: Lauck <br> COURT REPORTER: FTR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by ( )/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Pltfs Motion to dismiss Civil Conspiracy, Servicing guideline claim and fraud claim, Granted. Court to issue written opinion.

Counsel for Plaintiff(s): Leonard Bennett / Matthew Erausquin

Counsel for Defendant(s): Cullen Seitzel / Andrew Biondi

SET: 3:00   BEGAN: 3:09   ENDED: 5:57   TIME IN COURT: 2:48

RECESSES: