IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                                                     Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## ORDER

On October 12, 2012, Defendants filed their Motion to Dismiss the Amended Complaints (Docket No. 79) and Memorandum of Law In Support of the Motion to Dismiss the Amended Complaints ("Memorandum in Support") (Docket No. 80). The Court hereby SUBSTITUTES the attached document as Exhibit Four to the Memorandum in Support. The attached document REPLACES the document submitted as Exhibit Four to the Memorandum in Support.

Let the Clerk of Court send a copy of this Order and the attached document to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 12-27-12