IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

JOHN K. GOODROW,

    Plaintiff,

v.                                                Civil Action No. 3:11cv20
                                                    Consolidated Action

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendants' Motion to Dismiss the Amended Complaints. (Docket No. 79.) The Court also GRANTS Plaintiffs leave to amend the *Banks* and *Chatter* First Amended Complaints. (Docket Nos. 56, 65.) Plaintiffs SHALL have fourteen (14) days to file Second Amended Complaints in the *Chatter* and *Banks* matters. Defendants SHALL have fourteen (14) days to respond.

The Court DENIES IN PART Plaintiffs Goodrow, McBeth, Mbundure, and Buel's Motions for Leave to File Amended Complaints to the extent such presently proposed amended complaints are futile as a result of the foregoing. (Docket Nos. 61, 57, 63, 59, respectively.) However, the Court GRANTS Plaintiffs Goodrow, McBeth, Mbundure, and Buel leave to file Amended Complaints to correct the deficiencies discussed above.

Based on the reasons stated during the hearing, the Court GRANTS IN PART Plaintiffs' Motion to Consolidate. (Docket No. 66.) These six cases REMAIN CONSOLIDATED for purposes of pretrial management and discovery only. The Court DENIES Defendants' Motion to Stay the Motion to Consolidate. (Docket No. 72.)

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 12-27-12