PLEASE REPLY
TO VIRGINIA

Page Two
Mr. Adam Mbundure

Total indebtedness of $254,761.85 as of the date of this letter:

| | | |
|---|---|---|
| Principal Balance | : | $250,068.61 |
| Interest Accrued 04/01/2010 - 08/02/2010 | : | $3,707.36 |
| Accrued Late charges 04/01/2010 - 08/02/2010 | : | $141.88 |
| Escrow/Impound | : | $0.00 |
| Legal Fee | : | $600.00 |
| Foreclosure Expenses (To Date) | : | $150.00 |
| Total Fees | : | $74.00 |
| Accumulated NSF Fees | : | $20.00 |
| Total Due | | $254,761.85 |

Per diem:    $30.83                 Monthly Late Charge:      $70.94

Should you wish to reinstate or payoff your loan, or obtain a current statement of your debt for any reason, please contact our foreclosure department at the above telephone number between the hours of 9:00 a.m. and 5:00 p.m. and ask for Miriam

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Very truly yours,

FRIEDMAN & MacFADYEN, P.A.
Johnie R. Muncy

JRM:llm
FIRST CLASS MAIL

