IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN K. GOODROW,<br><br>Plaintiff,<br><br>v.<br><br>FRIEDMAN & MACFADYEN, P.A., et al.,<br><br>Defendants. | Civil Action No.: 3:11-cv-00020-MHL<br>(Consolidated) |

## DEFENDANTS' CONSOLIDATED MOTION
## TO DISMISS THE AMENDED COMPLAINTS

Defendant law firm Friedman & MacFadyen, P.A., defendant trustee F&M Services, L.C., and defendant Johnie R. Muncy (collectively, "**Defendants**"), by counsel, move the court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Amended Complaints [Docket Nos. 114 (*Buel*); 115 (*Banks*); 116 (*McBeth*); 117 (*Goodrow*); 118 (*Mbundure*); 119 (*Chatter*)] in these cases.

DATED:   February 25, 2013               Respectfully Submitted,

                                                                                    **FRIEDMAN & MACFADYEN, P.A.**
                                                                                    **JOHNIE R. MUNCY**
                                                                                     and
                                                                                     **F&M SERVICES, L.C.**

                                                                                     By Counsel

_____/s/  Cullen D. Seltzer_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
Faith A. Alejandro (VSB # 80076)
Eric C. Howlett (VSB # 82237)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
Email:  falejandro@sandsanderson.com
Email:  ehowlett@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia 23803
Telephone: 804-861-6000
Facsimile: 804-861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

John C. Petersen, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
jpetersen@siplfirm.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia 22030
Telephone: 703-277-9774
Facsimile: 703-591-2149
kkelly@siplfirm.com
*Counsel for Plaintiff*

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, 1-A
Newport News, Virginia 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: 505-983-4418
Facsimile: 505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*

       /s/ Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
Faith A. Alejandro (VSB # 80076)
Eric C. Howlett (VSB # 82237)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
Email: falejandro@sandsanderson.com
Email: ehowlett@sandsanderson.com
*Counsel for Defendants*