IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

JOHN K. GOODROW,

    Plaintiff,

v.                                     Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Defendants' Consolidated Motion to Dismiss the Amended Complaints. (ECF No. 132.) On March 18, 2013, the Court ordered the parties to confer and contact the Court to schedule this matter for oral argument or advise that neither party requested oral argument. (ECF No. 136.) The parties contacted the Court as ordered.

The Court hereby SCHEDULES a hearing on Defendants' Consolidated Motion to Dismiss the Amended Complaints in Courtroom 5300 at 2:30 p.m. on Friday, April 19, 2013. The parties may arrange for a court reporter.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                          /s/
                                          M. Hannah Lauck
                                     United States Magistrate Judge

Richmond, Virginia
Date: 3-22-13