IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                                        Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A.,
*et al.*,

    Defendants.

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A FIFTY-PAGE BRIEF FOR THEIR OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINTS**

COME NOW the Plaintiffs, by counsel, and in support of their Motion for Leave to File a Fifty-Page Brief for Their Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Amended Complaints, they state as follows:

On February 21, 2013, this Court entered an Order (Docket No. 129) granting, in part, the Defendants' Motion for Enlargement of Permissible Number of Pages for Their Motion to Dismiss and allowing them to file one fifty-page brief responsive to all of Plaintiffs' Amended Complaints. The Court directed Plaintiffs to file their opposition to Defendants' Motion to Dismiss no later than March 14, 2013. By Order dated March 18, 2013 (Docket No. 136), Plaintiffs were given an enlargement of time in which to file one consolidated response to Defendants' Motion to Dismiss until today, March 22, 2013. However, both Orders were silent as to the page limit for Plaintiffs' opposition brief. Therefore, Plaintiffs request leave to file an equivalent fifty-page brief in opposition to the Defendants' Consolidated Motion to Dismiss and Brief in Support (Docket No. 133).

The Defendants required fifty pages to present their legal arguments as to why they

believe Plaintiffs' Amended Complaints should be dismissed. In their Consolidated Motion to Dismiss, the Defendants seek to dismiss of each of the Plaintiffs' claims, ultimately disposing of each Plaintiff's entire case against them. If Plaintiffs are limited to an opposition of only thirty pages, they will be unable to adequately and fully respond to the Defendants' arguments. Thus, the Plaintiffs would be at a severe disadvantage in defending the Defendants' attack of their Amended Complaints.

The Defendants will suffer no legal prejudice as a result of an enlargement to an equivalent amount of pages for Plaintiffs' to respond to the Defendants' Motion to Dismiss, but the Plaintiffs would be prejudiced by the inability to fully present counter arguments if their Motion was denied. Therefore, granting this Motion and allowing the Plaintiffs a comparable page limit in which to respond to the Defendants' Motion to Dismiss is in the interest of justice.

For good cause shown, Plaintiffs respectfully request that this Court grant their Motion for Leave to File a Fifty-Page Brief for their Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Amended Complaints and allow them to file the fifty-page opposition brief attached to their Motion.

                                           Respectfully submitted,
                                           **PLAINTIFFS**

                                           By /s/
                                                  Of Counsel

Leonard A. Bennett, VSB No. 37523
Susan M. Rotkis, VSB No. 40693
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:    (757) 930-3660
Fax:   (757) 930-3662
lenbennett@clalegal.com

srotkis@clalegal.com

Janelle E. Mason, VSB No. 82389
Matthew J. Erausquin, VSB No. 65434
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7770
Fax:   (888) 892-3512
janelle@clalegal.com
matt@clalegal.com

Dale W. Pittman, VSB No. 15673
*Counsel for the Plaintiff*
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel:   (804) 861-6000
Fax:   (804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, VSB No. 72791
*Counsel for the Plaintiff*
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel:   (703) 277-9774
Fax:   (703) 591-9285
kkelly@siplfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of March, 2013, I have filed the foregoing electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Douglas P. Rucker, Jr.
Andrew Biondi
Cullen D. Seltzer
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, V A 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
drucker@sandsanderson.com
abiondi@sandsanderson.com
cseltzer@sandsanderson.com

*Counsel for the Defendants*

                    /s/
Leonard A. Bennett, VSB No. 37523
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:   (757) 930-3660
Fax:   (757) 930-3662
lenbennett@clalegal.com