UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiffs,

v.                                                                              Civil Action No. 3:11cv20 and
                                                                             Consolidated Cases

FRIEDMAN & MACFADYEN, P.A. *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave to File a Fifty-Page Brief For Their Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Amended Complaints ("Motion for Excess Pages"). (ECF No. 138.) Plaintiffs request leave to file one fifty-page brief in opposition to Defendants' Motion to Dismiss. Plaintiffs' motion fails to state whether or not Defendants object to the request for additional pages.

On February 21, 2013, the Court granted Defendants leave to file one fifty-page brief responsive to the six pending Amended Complaints and ordered Plaintiffs to respond no later than March 14, 2013. (ECF No. 129.) On March 14, 2013, Plaintiffs filed their Consent Motion for Extension of Time to File Response to Motion to Dismiss, seeking until March 22, 2013 to file their opposition to the Motion to Dismiss. (ECF No. 135.) Plaintiffs did not seek additional pages for their opposition brief at that time. On March 18, 2013, the Court granted Plaintiffs the additional eight days to file one consolidated response to the Motion to Dismiss, ordering their response no later than March 22, 2013.

On March 22, 2013, Plaintiffs filed their Motion for Excess Pages, seeking for the first time leave to file a brief in excess of the page limits prescribed by the Local Rules for the United

States District Court for the Eastern District of Virginia. (ECF No. 138.) Plaintiffs attached their Memorandum in Opposition to the Defendants' Consolidated Motion to Dismiss the Amended Complaints as Exhibit 1 to their Motion for Excess Pages. (Pls.' Mot. Excess Pp. Ex. 1.) (ECF No. 138-1.)

For good cause shown, in the interest of justice, and in the absence of objection, the Court GRANTS Plaintiffs' Motion for Leave to File a Fifty-Page Brief For Their Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Amended Complaints. (ECF No. 138.)

Plaintiffs SHALL FILE their Memorandum in Opposition to Defendants' Consolidated Motion to Dismiss the Amended Complaints no later than March 27, 2013. The Court WILL DEEM Plaintiffs' Opposition timely filed as of March 27, 2013, *nunc pro tunc*.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 3-26-13