UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN K. GOODROW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRIEDMAN & MACFADYEN, P.A., )<br>et al. )<br>)<br>Defendants. ) | Civil Action No. 3:11-cv-00020 |

## DECLARATION OF DARCEY ARNOLD

I, Darcey Arnold, declare as follows:

1. I am an auditor in the office of the Commissioner of Accounts for the City of Alexandria, Virginia.

2. I am over the age of 21 years and am competent to make this declaration. I make this declaration based upon my personal knowledge and review of the relevant records of Friedman & MacFadyen, P.A. a/k/a F&M Services.

3. The records reflect that during the years 2007 through 2012, Friedman & MacFadyen, P.A. a/k/a F&M Services conducted a total of 58 foreclosure sales in the City of Alexandria.

4. The records further reflect that a lost note affidavit was not filed by Friedman & MacFadyen, P.A. a/k/a F&M Services subsequent to any of the aforementioned 58 foreclosure sales.

5. Instead, in all instances Friedman & MacFadyen, P.A. a/k/a F&M Services produced what they indicated was a copy of the original Note to the Commissioner of Accounts for the City of Alexandria.

Exhibit F

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed this 13th day of March, 2013.

_____
Darcey Arnold

03/13/2013 16:42 FAX    COMM OF ACCTS    ☒003/003