UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN K. GOODROW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:11-cv-00020 |
| FRIEDMAN & MACFADYEN, P.A., JOHNIE MUNCY, et al. | ) ) ) |
| Defendants. | ) |

## DECLARATION OF PAMELA P. WANAMAKER

I, Pamela P. Wanamaker, declare as follows:

1. I am an Auditor for the Commissioner of Accounts for the County of Arlington in the Commonwealth of Virginia.

2. I am over the age of 21 years and am competent to make this declaration. I make this declaration based upon my personal knowledge and review of the relevant records in this office.

3. I was able to identify 56 foreclosure sales that Johnie Muncy, as substitute trustee, administered in the County of Arlington during the period 2008 through 2012.

4. The records reflect that Johnie Muncy, as substitute trustee, filed lost note affidavits for only five of the aforementioned 56 foreclosure sales.

5. In all the remaining foreclosure sales, Johnie R. Muncy produced what he indicated was a copy of the original Note to this office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March, 2013.

_Pamela P. Wanamaker_
Pamela P. Wanamaker

Exhibit G