UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN K. GOODROW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11-cv-00020 |
| | ) |
| FRIEDMAN & MACFADYEN, P.A., | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF KAREY WOLFREY

I, Karey Wolfrey, declare as follows:

1. I am an Assistant to Timothy Cope, one of two Commissioners of Accounts for Prince William County in the Commonwealth of Virginia. Mr. Cope administers approximately fifty percent (50%) of the foreclosure sales that occur in Prince William County.

2. I am over the age of 21 years and am competent to make this declaration. I make this declaration based upon my personal knowledge and review of the relevant computerized records of Johnie R. Muncy.

3. Mr. Cope's computerized records reflect that since 2009, Johnie R. Muncy filed a total of 238 foreclosure sale accountings with his office.

4. Of the 238 foreclosure accountings filed by Mr. Muncy, Mr. Cope's computerized records reflect a payment of $150.00 for a Lost Note Affidavit fee at the time of the original filing for only twelve accountings. The computerized records do not reflect any fees which may have been paid subsequent to the original filing nor do they indicate whether or not the Lost Note Affidavit itself was in fact filed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March, 2013.

_____
Karey Wolfrey