CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: 4/19/13

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: John K. Crodrow. et al _v._ Friedman + MacFayden, P.A. etal | CASE NO: 11CV20<br>JUDGE: Lauck<br>COURT REPORTER: FTR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER:
APPEARANCES: Parties by ( )/with ( ) counsel     Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )      OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )     SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD (✓)

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: _Court to issue written opinion_ _____

_____

_____

_____

_____

_____

Counsel for Plaintiff(s)
_____
Leonard Bennett / Matthew Erasquin
Counsel for Defendant(s)
_____
Cullen Seitzer / Andrew Biondi

SET: 2-30   BEGAN: 2-36   ENDED: 5-26  TIME IN COURT: 2-50
RECESSES: