IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**John K. Goodrow, et al.,**

    **Plaintiff,**

v.                                          CIVIL ACTION NO.: 3:11-cv-00020-MHL
                                              (Consolidated)

**Friedman & MacFadyen, P.A., et. al.**

    **Defendants.**

## PLAINTIFFS' MOTION FOR LEAVE
## TO FILE SUPPLEMENTAL AUTHORITY

The Plaintiffs, by counsel, respectfully move the court for leave to file supplemental authority directly related to the Defendant's Motion to Dismiss and in support of Plaintiffs' Opposition. Under the rules of this court, the Plaintiffs are not entitled to file any additional papers and therefore, under L. Rule 7(F)(1), seek leave to file supplemental authority directly bearing on the issues presented in the Defendant's Motion to Dismiss and Plaintiffs' Opposition. *See, Dennis v. Wells Fargo Bank*, N.A., Civ. No. 2:11CV401-MSD (E.D.Va. Oct. 24, 2011)(Doc. 29)(granting leave to file supplemental authority in the form of a court's hearing transcript that was not available at the time the plaintiff's response was due); *Tucker v. U.S. Bank, N.A., et al.*, Civ. No. 4:12CV69-AWA (E.D.Va. Nov. 28, 2012)(Doc. 22)(granting leave to file supplemental authority of intervening District Court decision bearing directly on point); *Frazier v. Experian Info. Sols.*, Civ. No. 3:11CV497-JRS (E.D.Va. Mar. 26, 2012)(Doc. 54)(granting leave to file supplemental authority by the author of treatise relied on by the Defendant); *Green v. Prudential Life Ins. Co.,* Civ. No. 3:12CV882-JAG (E.D.Va. Mar. 11, 2013)(Doc. 35)(granting leave to file supplemental authority of intervening published Fourth Circuit decision).

In this case, the Plaintiffs seek leave to file supplemental authority of a Sixth Circuit case decided after briefing closed: *Wallace v. Midwest Mortgage & Fin. Servs. Inc.*, No. 12-5208, 2013 WL 1729587, at * 4 – 6 (6th Cir. Apr. 23, 2013)(holding that traditional proximate cause analysis in a mortgage-related civil RICO action supported a minimal finding that the plaintiff raised a genuine issue of material fact regarding causation on summary judgment).  Although not binding precedent upon this court, it is a well-reasoned examination of the causation element of a RICO claim in the context of the mortgage and foreclosure industry's practices.  The Sixth Circuit reversed the trial court's grant of summary judgment in favor of the defendants where it found the court erred both in its assumptions and that it made findings of fact concerning the proximate cause of the plaintiff's injury.

A copy of the case is filed herewith as Ex. A.

Respectfully Submitted,

\_\_\_\_\_/s/_____
Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

J. Chapman Petersen, Esq., VSB # 37225

        Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail: jpetersen@smillaw.com
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
E-mail: matt@clalegal.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com
Case 3:11-cv-00020-MHL Document 46 Filed 08/28/12 Page 4 of 6 PageID# 382
*Counsel for Plaintiff*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050
*PRO HAC VICE*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Andrew Biondi, Esq.
Sands Anderson, PC
1111 E. Main Street

Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: abiondi@sandsanderson.com

Andrew Todd Rich, Esq.
Friedman & MacFayden, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA 23229
E-mail: trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: cseltzer@sandsanderson.com

Douglas Pendleton Rucker, Jr., Esq.
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: drucker@sandsanderson.com

     /s/
Susan M. Rotkis, VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com