IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN K. GOODROW, <br><br> Plaintiff, <br><br> v. <br><br> FRIEDMAN & MACFADYEN, P.A., et al., <br><br> Defendants. | Civil Action No.: 3:11-cv-00020-MHL <br> (Consolidated) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

The Defendants, by counsel, respectfully move the court for leave to file supplemental authority directly in support of the Defendants' Motions to Dismiss. Under the rules of this court, the parties are not entitled to file any additional papers and, therefore, under L. Rule 7(F)(I), Defendants seek leave to file supplemental authority directly bearing on the issues presented in the Defendants' Motion to Dismiss. *See Dennis v. Wells Fargo Bank, N.A.*, No. 2:11cv401-MSD (E.D. Va. Oct. 24, 2011) [ECF No. 29] (granting leave to file supplemental authority in the form of a court's hearing transcript that was not available at the time the plaintiff's response was due); *Tucker v. U.S. Bank, N.A.*, No. 4: 12cv69-AWA (E.D. Va. Nov. 28, 2012) [ECF No. 22] (granting leave to file supplemental authority of intervening district court decision bearing directly on point); *Frazier v. Experian Info. Sols.*, No. 3:11cv497-JRS (E.D. Va. Mar. 26, 2012) [ECF No. 54] (granting leave to file supplemental authority by the author of treatise relied on by the defendant); *Green v. Prudential Life Ins. Co.*, No. 3:12cv882-JAG (E.D. Va. Mar. 11, 2013) [ECF No. 35] (granting leave to file supplemental authority of intervening published Fourth Circuit decision).

In this case, the Defendants seek leave to file supplemental authority of a case from the Eastern District of Virginia that was reported only after briefing closed: *Douglas v. Branch Banking & Trust Co.*, No. 3:12cv854, 2013 U.S. Dist. LEXIS 55122 (E.D. Va. Apr. 17, 2013) (Payne, J.)

(dismissing the Douglases' claim concerning a "bogus" appointment of a substitute trustee because "the allegation that BB&T invalidly appointed PFC as trustee does not undermine the causal event of the Douglases' default: their failure to make payment"). The *Douglas* opinion was handed down two days before oral argument in this matter but undersigned counsel learned of it only after the argument was complete and the case was reported in Virginia Lawyer's Weekly. A copy of the opinion is filed with this Motion as Exhibit A.

| | |
|---|---|
| **DATED: May 8, 2013** | Respectfully Submitted,<br><br>**FRIEDMAN & MACFADYEN, P.A.,<br>JOHNIE R. MUNCY, and<br>F&M SERVICES, L.C.,**<br><br>**By Counsel** |

         /s/  Andrew Biondi
Douglas P. Rucker, Jr. (VSB No. 12776)
Andrew Biondi (VSB No. 48100)
Cullen D. Seltzer (VSB No. 35923)
Faith A. Alejandro (VSB No. 80076)
Eric C. Howlett (VSB No. 82237)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
Email:  falejandro@sandsanderson.com
Email:  ehowlett@sandsanderson.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 8, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia  23803
Telephone:  804-861-6000
Facsimile:  804-861-3368
dale@pittmanlawoffice.com

John C. Petersen, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, Virginia  22030
Telephone:  703-251-5400
Facsimile:  703-591-9285
jpetersen@siplfirm.com

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive, Suite 200
Fairfax, Virginia  22030
Telephone:  703-277-9774
Facsimile:  703-591-2149
kkelly@siplfirm.com

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, 1-A
Newport News, Virginia  23601
Telephone:  757-930-3660
Facsimile:  757-930-3662
lenbennett@cox.net

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia  22314
Telephone:  703-273-6080
Facsimile:  888-892-3512
matt@clalegal.com

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico  87501
Telephone:  505-983-4418
Facsimile:  505-983-2050
dickrubin@cs.com

     /s/  Andrew Biondi
Andrew Biondi (VSB No. 48100)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
Email:  abiondi@sandsanderson.com
*Counsel for Defendants*

3