IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                                                                Civil Action No. 3:11cv20
                                                                Consolidated Action

FRIEDMAN & MACFADYEN, P.A., *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Defendants' Motion for Leave to File Supplemental Authority. (ECF No. 147.) Pursuant to Civil Rule 7(F)(1) of the Local Rules for the United States District Court for the Eastern District of Virginia, Defendants seek leave to file supplemental authority "directly bearing on the issues presented in the Defendants' Motion to Dismiss." (Defs.' Mot. Leave File Supp.'l Auth. 1.) Defendants seek leave to file supplemental authority in the form of the United States District Court for the Eastern District of Virginia Court decision in *Douglas v. Branch Banking & Trust Co.*, 2013 WL 1683663, at *1 (E.D. Va. Apr. 17, 2013). Plaintiffs do not oppose the Court's consideration of this decision. (Pls.' Resp. Defs.' Mot. Leave File Supp.'l Auth 1.) (ECF No. 148.)

Aside from the opening brief, the responsive brief, and the reply, "[n]o further briefs or written communications may be filed without obtaining leave of Court." E.D. Va. Loc. Civ. R. 7(F)(1).

Upon due consideration, for good cause shown, and in the interest of justice, the Court GRANTS Defendants' Motion for Leave to File Supplemental Authority. (ECF No. 147.) The

Court will give the *Douglas* decision the appropriate weight in light of the facts of this case and the briefing and arguments previously submitted by the parties.

    Let the Clerk send a copy of this Order to all counsel of record.

    It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 5-9-13