IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                                                               Civil Action No. 3:11cv20
                                                               Consolidated Action

FRIEDMAN & MACFADYEN, P.A., *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Second Motion for Leave to File Supplemental Authority. (ECF No. 150.) Pursuant to Civil Rule 7(F)(1) of the Local Rules for the United States District Court for the Eastern District of Virginia, Plaintiffs seek leave to file supplemental authority "directly related to the Defendants' Motion to Dismiss and in support of Plaintiffs' Opposition." (Pls.' Second Mot. Leave File Supp.'l Auth. 1.) Plaintiffs seek leave to file supplemental authority in the form of the United States Court of Appeals for the Fourth Circuit decision in *CVLR Performance Horses, Inc. v. Wynne*, Nos. 12-1591, 12-1787, 2013 WL 2322180, at *1 (4th Cir. May 29, 2013). Defendants do not oppose Plaintiffs' Motion but note "the limited utility" of the decision. (Defs.' Resp. Pls.' Second Mot. Leave File Supp.'l Auth. 1.) (ECF No. 151.)

Aside from the opening brief, the responsive brief, and the reply, "[n]o further briefs or written communications may be filed without obtaining leave of Court." E.D. Va. Loc. Civ. R. 7(F)(1).

Upon due consideration, for good cause shown, and in the interest of justice, the Court GRANTS Plaintiffs' Second Motion for Leave to File Supplemental Authority. (ECF No. 150.) Because the Defendants' response to Plaintiffs' motion also included a response to the *CVLR* decision itself, the Court will deny any request from Defendants to further distinguish the *Wallace* decision. The Court refuses further briefing. The Court will give the *CVLR* decision the appropriate weight in light of the facts of this case and the briefing and arguments previously submitted by the parties.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 6/18/2013