UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JOHN K. GOODROW, et al., :
:
    Plaintiffs, :
:
vs. : Civil No. 3:11CV020 (MHL)
: (Consolidated)
FRIEDMAN & MACFADYEN, P.A., et al.,:
:
    Defendants. :

**MOTION TO DENY PLAINTIFFS' REQUEST FOR PRODUCTION OF ENTIRETY OF SERVERS AND DATABASES OF DEFENDANT FRIEDMAN & MACFADYEN, P.A.**

Plaintiffs have requested[1] that Defendants in this matter produce servers containing confidential and privileged information. For the reasons set out in the Memorandum in Support of this Motion, Defendants pray the Plaintiffs' request be denied.

---

[1] No pending discovery request seeks these servers and Plaintiffs have filed no motion to this effect. The request in this case is an oral one that Plaintiffs have made to the Court.

DATED:  December 12, 2013               Respectfully Submitted,

                                                  FRIEDMAN & MACFADYEN, P.A.,
                                                  JOHNIE R. MUNCY, and
                                                  F&M SERVICES, L.C.,

                                                  By Counsel

      /s/  Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB No. 12776)
Andrew Biondi (VSB No. 48100)
Cullen D. Seltzer (VSB No. 35923)
Faith A. Alejandro (VSB No. 80076)
Eric C. Howlett (VSB No. 82237)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com
Email:  falejandro@sandsanderson.com
Email:  ehowlett@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia 23803
Telephone: 804-861-6000
Facsimile: 804-861-3368
dale@pittmanlawoffice.com

John C. Petersen, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
jpetersen@siplfirm.com

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
Telephone: 703-277-9774
Facsimile: 703-591-2149
kkelly@siplfirm.com
Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, 1-A
Newport News, Virginia 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@cox.net

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: 505-983-4418
Facsimile: 505-983-2050
dickrubin@cs.com

/s/ Cullen D. Seltzer
Cullen D. Seltzer (VSB No. 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*